

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:           01-14-00179-CV

Trial Court Cause
Number:                 2012-07156

Style:                  Victor Kareh M.D.

                        v. Tracy Windrum, Individually, as representative of the Estate of Lancer Windrum, and
                        on behalf of her minor children B. W., J. W. and H. W.

Date motion filed*:     June 22, 2015

Type of motion:         Extension of Time to File Post-Submission Brief

Party filing motion:    Appellant

Document to be filed:   Post-Submission Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:                          June 23, 2015

    Number of previous extensions granted:      0

    Date Requested:                             6 Days

Ordered that motion is:

☒  Granted

    If document is to be filed, document due:  **June 29, 2015**

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ The Court will not grant additional motions to extend time.

☐  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

 

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Keyes, Bland, Massengale

Date: June 23, 2015